**PRAMCO II, LLC, Plaintiff–Appellee,**

v.

**David Adofo KISSI; Edith Truvillion Kissi, Defendants–Appellants,**

**and**

**Bank of America, Defendant.**

**Pramco II, LLC, Plaintiff–Appellee,**

v.

**David Kissi; Edith Truvillion Kissi, Defendants–Appellants.**

**Pramco II, LLC, Plaintiff–Appellee,**

v.

**David Kissi; Edith Truvillion Kissi, Defendants–Appellants.**

Nos. 03–1862, 03–1863, 03–1864.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2004.

Decided: Oct. 20, 2004.

C. William Michaels, Baltimore, Maryland, for Appellants.

Emil Hirsch, O'Connor & Hannan, LLP, Washington, D.C., for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Kissi and Edith Truvillion Kissi appeal from the district court's orders granting summary judgment in favor of Pramco II, LLC, ("Pramco") on Pramco's actions seeking enforcement of three loan guarantees executed by the Kissis. We have reviewed the record, including the district court's opinions, and the parties' briefs, and found no reversible error. Accordingly, we affirm.

We grant Pramco's motion to submit these appeals on the briefs and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*